| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

PATRICIA ANN LOYD-JOHNSON, §
§
        Plaintiff, §
§
versus §    CIVIL ACTION NO. 9:23-CV-218-MAC
§
COMMISSIONER OF SOCIAL SECUIRTY, §
§
        Defendant. §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

    The Plaintiff requests judicial review of a final decision of the Commissioner of Social Security Administration with respect to her application for disability-based benefits. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge entered a Report and Recommendation (#11) in which she recommended affirming the administrative decision. To date, the parties have not filed objections to the Report.

    The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge (#11) is **ADOPTED**. A Final Judgment will be entered separately.

    SIGNED at Beaumont, Texas, this 19th day of March, 2025.

                                                MARCIA A. CRONE
                                        UNITED STATES DISTRICT JUDGE